IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| C. SCOTT HISEY, et al. | : | CIVIL ACTION |
| | : | |
| vs. | : | |
| | : | |
| NOVA FINANCIAL HOLDINGS, INC., et al. | : | NO. 11-cv-2604-EL |

## ORDER

AND NOW, this 30th day of November, 2012, the Court having been previously advised that the above action cannot proceed to trial and disposition because of the following reason:

[ ] Order staying these proceedings pending disposition of a related action.

[ ] Order staying these proceedings pending determination of arbitration proceedings.

[ ] Interlocutory appeal filed _____

[x] Other: Chapter 7 Bankruptcy of defendant NOVA Financial Holdings, Inc., Bankruptcy No. 12-20140 EDPA.

it is

**ORDERED** that the Clerk of Court mark this action closed for statistical purposes and place the matter in the Civil Suspense File, and it is

**FURTHER ORDERED** that the Court shall retain jurisdiction; and that the case be restored to the trial docket when the action is in a status so that it may proceed to final disposition; this order shall not prejudice the rights of the parties to this litigation.*

BY THE COURT:

_____
EDMUND V. LUDWIG, J.

*Placed in civil suspense until February, 28, 2013.