# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **C. SCOTT HISEY,** *et al.* | : | **CIVIL ACTION** |
| *Plaintiffs* | : | |
| | : | **NO. 11-2604 (Consolidated)** |
| **v.** | : | |
| | : | |
| **NOVA FINANCIAL HOLDINGS, INC.,** *et al.* | : | |
| *Defendants* | : | |
| | : | |
| **HERBERT WEISS,** *et al.* | : | **CIVIL ACTION** |
| *Plaintiffs* | : | |
| | : | **NO. 11-5336** |
| **v.** | : | |
| | : | |
| **NOVA FINANCIAL HOLDINGS, INC.,** *et al.* | : | |
| *Defendants* | : | |

# ORDER

**AND NOW**, this 18th day of March 2019, in light of the parties' failure to file any response to the Rule to Show Cause issued February 26, 2019, by March 8, 2019, [ECF 147], it is hereby **ORDERED** that all remaining claims in this matter are **DISMISSED**, with prejudice. The Clerk of Court is directed to mark this matter **CLOSED**.

                        **BY THE COURT:**

                        */s/ Nitza I. Quiñones Alejandro*
                        **NITZA I. QUIÑONES ALEJANDRO**
                        *Judge, United States District Court*